### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT HAMMERSMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIG INSURANCE COMPANY, )<br>)<br>Defendant. )<br>)<br>SCOTT HAMMERSMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AON RISK SERVICES COMPANIES, INC., and )<br>AON RISK SERVICES, INC. OF NEW YORK, )<br>)<br>Defendants. | Civil Action Nos. 02-1829, 03-1333<br><br>Consolidated at No. 02-1829<br>Judge Lancaster |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Scott Hammersmith, TIG Insurance Company, Aon Risk Services, Inc. of New York and Aon Risk Services Companies, Inc. hereby stipulate that all claims, counterclaims, cross-claims and third-party claims asserted in these consolidated actions are hereby dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

/s/ *Paul K. Stockman*
Thomas E. Birsic
Paul K. Stockman
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Telephone: (412) 355-6500

Michael H. Rosenzweig
EDGAR SNYDER & ASSOCIATES, LLC
600 Grant Street, Tenth Floor
Pittsburgh, PA 15219
Telephone: (412) 394-1000

*Counsel for Scott Hammersmith*


/s/ *Peter G. Thompson*/by pks with permission
Dennis J. Roman, Esq.
MARSHALL, DENNEHEY, WARNER, COLEMAN &
 GOGGIN
USX Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219

Peter G. Thompson, Esq.
THOMPSON, LOSS & JUDGE LLP
Two Lafayette Centre, Suite 450
1133 21st Street NW
Washington, DC 20036

*Counsel for TIG Insurance Company*


/s/ *Robert B. Ellis*/by pks with permission
Robert E. Dapper, Jr., Esq.
DAPPER, BALDASARE, BENSON, BEHLING &
 KANE, P.C.
Four Gateway Center, Tenth Floor
444 Liberty Avenue
Pittsburgh, Pennsylvania 15222

Robert B. Ellis, Esq.
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636

*Counsel for Aon Risk Services, Inc. of New York
and Aon Risk Services Companies, Inc.*

July 15, 2008

SO ORDERED, this 21ST day of July, 2008.

_____
Gary L. Lancaster, U.S. District Judge